# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2014

## NO. 03-13-00343-CV

**Clare Trevarthen, Appellant**

**v.**

**U.S. Bank, N.A. as Trustee for the Registered Holders of the Strtuctured Asset Securities Corporation, Structured Asset Investment Trust, Mortgage Pass-Through Certificates, Series 2003-BC6, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

---

This is an appeal from the judgment signed by the trial court on April 3, 2013. Having reviewed the record, the Court holds that Clare Trevarthen has not prosecuted her appeal and that the appeal is therefore subject to dismissal. The Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.